UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br> Vs. <br><br> THOMAS VETERINARY DRUG, INC. a/k/a THOMAS LABORATORIES, <br><br> Defendant. | ) ) ) ) ) ) ) NO. 10-cv-08070 ) ) ) ) ) |

**THOMAS VETERINARY DRUG, INC.'S LR 3.2 NOTIFICATION OF AFFILIATES- DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant Thomas Veterinary Drug, Inc., states that it has no parent corporation or affiliate and that no publicly held corporation owns 10% or more of Thomas Veterinary Drug, Inc. stock.

Dated: December 21, 2010

Respectfully submitted,

THOMAS VETERINARY DRUG, INC.
a/k/a THOMAS LABORATORIES

By: /s/ *Garrett L. Boehm, Jr.*
Marilyn M. Reidy
Garrett L. Boehm, Jr.
Justin H. Volmert
Johnson & Bell Ltd
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770
F: (312) 372-9818
reidym@jbltd.com
boehmg@jbltd.com
volmertj@jbltd.com

\

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 21st day of December 2010, a true and correct copy of the foregoing Notice of Removal was filed with the Clerk of Court via the CM/ECF system, and copies of said filing were mailed via U.S. Mail to counsel of record:

Brian J. Wanca
Anderson & Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008
(847) 368-1500

Phillip A. Bock
Bock & Hatch, LLC
134 North LaSalle Street
Suite 1000
Chicago, IL 60602
(312) 658-5500

/s/ *Garrett L. Boehm, Jr.*