# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Shaun Fauley

                              Plaintiff,

v.                                                    Case No.: 1:10−cv−08070
                                                      Honorable James B. Zagel

Thomas Veterinary Drug, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 28, 2010:

        MINUTE entry before Honorable James B. Zagel:By agreement, answer to the
complaint is due 1/7/2011. Status hearing set for 4/18/2011 at 10:00 AM.Mailed
notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.