# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Shaun Fauley

                        Plaintiff,

v.                                                   Case No.: 1:10–cv–08070
                                                          Honorable James B. Zagel

Thomas Veterinary Drug, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 18, 2011:

      MINUTE entry before Honorable James B. Zagel:Status hearing held on 4/18/2011. Plaintiff fails to appear. Plaintiff's failure to appear for the next status hearing may result in a dismissal for want of prosecution. Status hearing set for 5/27/2011 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.