IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAUN FAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Court No.: 1:10-cv-08070 |
| THOMAS VETERINARY DRUG, INC., ) | |
| ) | Honorable James B. Zagel |
| Defendant. ) | |
| ) | |
| ) | |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF APPEARANCES

NOW COMES Defendant, Thomas Veterinary Drug, Inc., a/k/a Thomas Laboratories by their attorney Ice Miller LLP and moves this Court for the entry of an Order allowing Marilyn M. Reidy and Garrett L. Boehm, Jr. of the Law Firm of Johnson & Bell, to withdraw as attorneys for Defendant and entering the appearance of Bart T. Murphy and Thomas J. Hayes in substitution. In support of its motion, Defendant states as follows:

1. Defendants' Counsel Marilyn M. Reidy and Garrett L. Boehm, Jr., entered an appearance as attorneys of record on December 21, 2010, on behalf of the Defendants.

2. Defendants have retained Ice Miller LLP to represent Defendants in the above-captioned matter.

3. Defendants seek to have the appearances of Marilyn M. Reidy and Garrett L. Boehm, Jr., withdrawn and their names removed from the service list in this matter.

4. Defendants further seek leave for the appearance of attorney Bart T. Murphy and Thomas J. Hayes. Mr. Murphy and Mr. Hayes are licensed by the Supreme Court of the State of Illinois and are members of the Bar of the Northern District of Illinois.

5.   No prejudice will result to any of the parties if this Motion is granted.

WHEREFORE, Defendant prays that this Honorable Court will enter an Order withdrawing the appearances of the above-named attorneys of record, and allowing the substitution and appearance of Bart T. Murphy and Thomas J. Hayes of Ice Miller LLP.

> Respectfully submitted,
>
> THOMAS VETERINARY DRUG, INC.
>
> /s/Thomas J. Hayes

Bart T. Murphy (ARDC #6181178)
Thomas J. Hayes (ARDC #6280179)
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
(630) 955-6392

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, states that on May 12, 2011, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois, and a copy of which will be served on all counsel of record by U.S. Mail with proper postage prepaid and further via the ECF filing system to:

    Brian J. Wanca bwanca@andersonwanca.com
    Anderson + Wanca
    3701 Algonquin Road, Suite 760
    Rolling Meadows, Illinois 60008

    Phillip A. Bock phil@bockhatchllc.com
    Louis C. Ludwig
    134 North LaSalle Street, Suite 1000
    Chicago, Illinois 60602


    /s/Thomas J. Hayes

    Bart T. Murphy (ARDC #6181178)
    Thomas J. Hayes (ARDC #6280179)
    Ice Miller LLP
    2300 Cabot Dr., Ste. 455
    Lisle, IL 60532
    (630) 955-6392